**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **UNDAHNE RASHID HAGAN,** | ) | Case No. 14-20116 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

NOW COMES DAVID R. HERZOG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,770.00 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $10,200.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---:|---|
| 25% of first 5,000 | $1,250.00 | ($1250.00 max.) |
| 10% of next 45,000 | 520.00 | ($4500.00 max.) |
| 5% of next 950,000 | 0.00 | ($47,500.00 max.) |
| 3% of balance | 0.00 | |

| | |
|---|---:|
| TOTAL COMPENSATION ALLOWED | $1,770.00 |
| TOTAL COMPENSATION REQUESTED | $1,770.00 |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: 10/28/2016  
David R. Herzog, Trustee

/s/ David R. Herzog

77 W. Washington Street  
Suite 1400  
Chicago, IL 60602