IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| UNDAHNE RASHID HAGAN, | ) | Case No. 14-20116 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

### CERTIFICATE OF NOTICE

The undersigned, an attorney, certifies that he caused to be served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 28th day of October, 2016.

                                                                          /s/ David R. Herzog
                                                                          Trustee in Bankruptcy

**SERVICE LIST**

**VIA ECF**

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604

Jonathan D Parker
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

Wells Fargo Bank, NA
Christopher M Brown
Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, IL 60602

**VIA REGULAR MAIL**

Undahne Rashid Hagan
4806 S St. Lawrence Ave, # 3N
Chicago, IL 60615

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern PA 19355-0701

State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

PNC Bank N.A.
P.O. Box 94982
Cleveland, Oh 44101-0570

Portfolio Recovery Associates, LLC
Successor to
US Bank National Association ND
P.O. Bank 41067
Norfolk, VA 23541