# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | Case No. 14-20116 |
|---|---|---|
| | § | |
| UNDAHNE RASHID HAGAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $313,354.00 | Assets Exempt: | $21,750.00 |
| Total Distributions to Claimants: | $8,270.53 | Claims Discharged Without Payment: | $24,562.83 |
| Total Expenses of Administration: | $1,929.47 | | |

3)    Total gross receipts of $10,200.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,200.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,929.47 | $1,929.47 | $1,929.47 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $32,833.36 | $32,833.36 | $8,270.53 |
| **Total Disbursements** | $0.00 | $34,762.83 | $34,762.83 | $10,200.00 |

4). This case was originally filed under chapter 7 on 05/29/2014. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2017               By:   /s/ David R. Herzog
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| checking account with - Bank of America | 1129-000 | $10,200.00 |
| **TOTAL GROSS RECEIPTS** | | $10,200.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $1,770.00 | $1,770.00 | $1,770.00 |
| Arthur B. Levine Company | 2300-000 | NA | $5.53 | $5.53 | $5.53 |
| Bank of Texas | 2600-000 | NA | $153.94 | $153.94 | $153.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,929.47 | $1,929.47 | $1,929.47 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $1,028.95 | $1,028.95 | $259.19 |
| 2 | WELLS FARGO BANK, N.A. | 7100-000 | $0.00 | $9,331.91 | $9,331.91 | $2,350.65 |
| 3 | American Express Bank FSB | 7100-000 | $0.00 | $5,757.91 | $5,757.91 | $1,450.38 |
| 4 | American Express Bank FSB | 7100-000 | $0.00 | $3,216.91 | $3,216.91 | $810.32 |
| 5 | State Farm Bank | 7100-000 | $0.00 | $5,593.80 | $5,593.80 | $1,409.05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PNC BANK N.A. | 7100-000 | $0.00 | $2,855.33 | $2,855.33 | $719.24 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $5,048.55 | $5,048.55 | $1,271.70 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $32,833.36 | $32,833.36 | $8,270.53 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 14-20116-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HAGAN, UNDAHNE RASHID | Date Filed (f) or Converted (c): | 05/29/2014 (f) |
| For the Period Ending: | 2/7/2017 | §341(a) Meeting Date: | 07/14/2014 |
| | | Claims Bar Date: | 08/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4806 S St. Lawrence Ave 3-N Chicago, IL 60615 - (Debtors primary residence) | $260,000.00 | $0.00 | | $0.00 | FA |
| 2 | savings account with - Bank of America | $117.00 | $0.00 | | $0.00 | FA |
| 3 | checking account with - Bank of America | $412.00 | $0.00 | | $0.00 | FA |
| 4 | checking account with - Bank of America | $12,443.00 | $0.00 | | $10,200.00 | FA |
| 5 | Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | $5,000.00 | $0.00 | | $0.00 | FA |
| 6 | Books, CD's, DVD's, Tapes/Records, Family Pictures | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Necessary wearing apparel. | $250.00 | $0.00 | | $0.00 | FA |
| 8 | Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | $0.00 | | $0.00 | FA |
| 9 | Sole owner of Credit Pro LLC | $0.00 | $0.00 | | $0.00 | FA |
| 10 | ITL - 2000 BMW 323ci | $4,425.00 | $0.00 | | $0.00 | FA |
| 11 | Pncbank - 2009 Mercedes CL63AMG | $62,400.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**

    $345,147.00         $0.00                     $10,200.00          $0.00

**Major Activities affecting case closing:**
07/22/2016    Awaiting expiration of claims period and review claims.

**Initial Projected Date Of Final Report (TFR):** 03/31/2016    **Current Projected Date Of Final Report (TFR):** 03/31/2017    /s/ DAVID R. HERZOG

DAVID R. HERZOG

FORM 2

Page No: 1   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-20116-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HAGAN, UNDAHNE RASHID | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2089 | Checking Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 5/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/08/2016 | (4) | Undahne R. Hagan | Turnover of funds in bank account | 1129-000 | $10,200.00 | | $10,200.00 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $10,190.00 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.34 | $10,174.66 |
| 03/16/2016 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.53 | $10,169.13 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.37 | $10,152.76 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.81 | $10,136.95 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.31 | $10,120.64 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.76 | $10,104.88 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.26 | $10,088.62 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.23 | $10,072.39 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.68 | $10,056.71 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.18 | $10,040.53 |
| 11/30/2016 | 3002 | David R. Herzog | Trustee Compensation | 2100-000 | | $1,770.00 | $8,270.53 |
| 11/30/2016 | 3003 | Discover Bank | Distribution Dividend: 25.19; Account Number: ; Claim #: 1; | 7100-000 | | $259.19 | $8,011.34 |
| 11/30/2016 | 3004 | WELLS FARGO BANK, N.A. | Distribution Dividend: 25.19; Account Number: ; Claim #: 2; | 7100-000 | | $2,350.65 | $5,660.69 |
| 11/30/2016 | 3005 | American Express Bank FSB | Distribution Dividend: 25.19; Account Number: ; Claim #: 3; | 7100-000 | | $1,450.38 | $4,210.31 |
| 11/30/2016 | 3006 | American Express Bank FSB | Distribution Dividend: 25.19; Account Number: ; Claim #: 4; | 7100-000 | | $810.32 | $3,399.99 |
| 11/30/2016 | 3007 | State Farm Bank | Distribution Dividend: 25.19; Account Number: ; Claim #: 5; | 7100-000 | | $1,409.05 | $1,990.94 |
| 11/30/2016 | 3008 | PNC BANK N.A. | Distribution Dividend: 25.19; Account Number: ; Claim #: 6; | 7100-000 | | $719.24 | $1,271.70 |
| 11/30/2016 | 3009 | Portfolio Recovery Associates, LLC | Distribution Dividend: 25.19; Account Number: ; Claim #: 7; | 7100-000 | | $1,271.70 | $0.00 |

**SUBTOTALS**  $10,200.00   $10,200.00

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-20116-6A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HAGAN, UNDAHNE RASHID | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2089 | Checking Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 5/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $10,200.00 | $10,200.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,200.00 | $10,200.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,200.00 | $10,200.00 | |

**For the period of 5/29/2014 to 2/7/2017**                                   **For the entire history of the account between 01/08/2016 to 2/7/2017**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $10,200.00 | Total Compensable Receipts: | $10,200.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,200.00 | Total Comp/Non Comp Receipts: | $10,200.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,200.00 | Total Compensable Disbursements: | $10,200.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,200.00 | Total Comp/Non Comp Disbursements: | $10,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3                Exhibit 9

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-20116-6A | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | HAGAN, UNDAHNE RASHID | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2089 | | Checking Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 5/29/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,200.00 | $10,200.00 | $0.00 |

**For the period of 5/29/2014 to 2/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $10,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/29/2014 to 2/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $10,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG